UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL E. BEYCHOK, JUSTIN WUNDERLER, KEITH MAUER, and JEFFREY KAUFMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> V. <br><br> ROBERT A. BAFFERT and BOB BAFFERT RACING STABLES, INC., <br><br> Defendants. | Case No. 2:21-cv-14112-JXN-CLW <br><br> **STIPULATION AND CONSENT ORDER** |

**WHEREAS**, Plaintiffs filed the Class Action (the "Complaint") in the above-referenced class action (Doc. No. 1);

**WHEREAS**, on September 1, 2021, Defendants filed a motion to dismiss the Complaint (Doc. No. 7) (the "Motion to Dismiss");

**WHEREAS**, rather than opposing the Motion to Dismiss, Plaintiffs filed a Motion for Leave to Amend and provided with that motion a proposed Amended Complaint (Doc. No. 17);

**WHEREAS**, having reviewed the proposed Amended Complaint, Defendants consent to the amendment provided that the parties agree upon a briefing schedule for a renewed motion to dismiss (the "Renewed Motion to Dismiss");

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**, as follows:

1. Defendants consent to Plaintiffs' filing of their Amended Complaint in the form attached to the Motion for Leave to Amend (Doc. No. 17), and Plaintiffs shall do so no later than November 1, 2021.

2. Defendants shall have until November 15, 2021 to file their Renewed Motion to Dismiss.

3. Plaintiffs shall have until December 3, 2021 to file and serve their opposition to the Renewed Motion to Dismiss.

4. Defendants shall have until December 17, 2021 to file and serve their reply brief in further support of the Renewed Motion to Dismiss.

**STIPULATED AND AGREED to:**

<div style="display: flex;">

<div>

*s/Gary S. Graifman*
Gary S. Graifman
KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645
Tel: (201) 391-7000
ggraifman@kgglaw.com

*William B. Federman*
*(admitted pro hac vice)*
Federman & Sherwood
10205 North Pennsylvania Avenue
Oklahoma City, OK  73120
Tel: (405) 235-1560
WBF@federmanlaw.com

**Attorneys for Plaintiffs**

</div>

<div>

*s/Gavin Rooney*
Gavin J. Rooney
LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Email: grooney@lowenstein.com

W. Craig Robertson III
(*admitted* p*ro hac vice*)
**WYATT, TARRANT & COMBS, LLP**
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Tel: 859.233.2012

***Attorneys for Defendants Robert A. Baffert and Bob Baffert Racing Stables, Inc.***

</div>

</div>

## **ORDER**

This Court has considered the above stipulation, and it is hereby **SO ORDERED**. Defendants' Motion for Leave to Amend, (ECF No. 15), is hereby **DENIED AS MOOT**.

 s/ Cathy L. Waldor
Hon. Cathy L. Waldor U.S.M.J.                              Dated: November 2, 2021