# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

MARTIN LUTHER KING
BUILDING & U.S. COURTHOUSE
50 Walnut Street
Newark, NJ 07102
(973) 645-6042

December 6, 2021

## LETTER ORDER

RE:  **BEYCHOK *et al* v. BAFFERT *et al***
     **Civil Action No. 21-cv-14112 (JXN)(CLW)**

Dear Counsel:

As discussed during the status conference held in this matter on December 6, 2021, and for the reasons set forth on the record, the Court directs the following:

1. The stay on briefing Defendants' motion to dismiss is hereby dissolved.
2. Plaintiffs' response to Defendants' motion to dismiss shall be filed by **December 29, 2021**.
3. Replies, if any, shall be filed by **January 12, 2022**.
4. The parties shall update the Court on the status of the proceedings before the Kentucky Horse Racing Commission.

**IT IS SO ORDERED.**

s/ Julien Xavier Neals
**Julien Xavier Neals**
**United States District Judge**