# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



**CHAMBERS OF**
**JULIEN X. NEALS**
**UNITED STATES DISTRICT JUDGE**

MARTIN LUTHER KING
BUILDING & U.S. COURTHOUSE
50 Walnut Street
Newark, NJ 07102
(973) 645-6042

March 13, 2023

## LETTER ORDER

RE:  **BEYCHOK *et al* v. BAFFERT *et al***
     **Civil Action No. 21-14112 (JXN)(CLW)**

Dear Counsel:

Currently pending before the Court is Defendants' motion to dismiss [ECF No. 22], to which Plaintiffs filed opposition [ECF No. 30] and Defendants replied [ECF No 31]. The Court held oral argument on this motion on December 6, 2021. Having carefully considered the parties' written and oral arguments, it appears that mediation of this civil action would conserve the resources and be in the best interests of the Court and of the parties. Accordingly, the parties shall promptly contact Magistrate Judge Cathy L. Waldor to discuss potential mediators. In the interest of efficient case management, Defendants' motion to dismiss [ECF No. 22] is hereby **administratively terminated** pending mediation. Based upon the results of mediation, Defendants may file a letter requesting that the motion be reinstated to the Court's active docket.

**IT IS SO ORDERED.**

s/ Julien Xavier Neals
**Julien Xavier Neals**
**United States District Judge**