UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Michael E. Beychok, Justin Wunderler, Keith Mauer, Jeffrey Kaufman, Todd Scoville, Brian Daury, Matthew Wiley, James Davis Jr., Randall Jason King, Theresa Martin, Andy McVay, Roger Thomas, Jeffrey Andrews, Jason Eck, Carlo Capogreco, Steven Laibstain, Randall Robert Thompson, Jeffrey Seals, Dean Hokanson III, Scot Fennell, Eric Wisher, William Wendoloski, Mattew Schwartz, Andrew Greenberg, Kevin Reed, Robert Fields, Tom Van Houtte, Daniel Smith, Gary Davis, and Charles Cochran, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Robert A. Baffert; and Bob Baffert Racing Stables, Inc.,<br><br>*Defendants*. | Civil Action No. 21-14112(MEF)(CLW)<br><br>**ORDER** |

The Plaintiffs' request to provide supplemental briefing is granted. Docket Entry 43. The Clerk of the Court is directed to reinstate the above matter to the active docket. Further, the Clerk is directed to reinstate the Motion to Dismiss filed on November 15, 2021. Docket Entry 22.

On or before July 3, 2023, the Plaintiffs shall file their supplemental brief, of no more than five pages, single-spaced. The Defendants may file a reply on or before July 13, 2023 of no more than five pages, single-spaced.

IT IS on this 23rd day of June, 2023, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.